UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:20-22520-CIV

[ON REMOVAL FROM CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CASE NO. 2020-010472-CA-01

MARCO ANTONIO DIAZ and all other similarly situated individuals under 29 U.S.C. 216(b)

    Plaintiff,

vs.

FLORIDA MERCHANT SERVICE, INC.
JUAN J. ROMERO

    Defendants.

## PETITION FOR REMOVAL

Defendants, Florida Merchant Service, Inc. and Juan J. Romero (collectively "Defendants") by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, hereby remove this action currently pending in the Circuit of the 11th Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

1. On or about May 15, 2020 Plaintiff filed his Complaint in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, titled <u>Marco Antonio Diaz and all others similarly situated individuals under 29 U.S.C. 216(b) vs. Florida Merchant Service, Inc. and Juan J. Romero,</u> Case No. 2020-010472-CA-01 (hereinafter referred to as the "State Action"). A true and correct copy of all documents that were filed in the State Action are attached hereto as Composite Exhibit A, and are incorporated herein by reference pursuant to Rule 10(c), Federal

Rules of Civil Procedure. No other process, pleadings or orders have been served upon Defendants in this action.

2. A copy of the State Action was served on Defendants on or about May 29, 2020. This constituted Defendants' first legal notice of the State Action for purposes of removal.

3. The Complaint seeks damages pursuant to the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201-219. See Complaint at ¶¶ 1, 5, 11-20.

4. This is a civil action of which the United States district courts have original jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the FLSA, laws of the United States.

5. Under federal question jurisdiction, the United States district courts "have original jurisdiction over all civil actions arising under federal law." See 28 U.S.C. § 1331. Any civil case filed in a state court may be removed by defendants to federal court if the case could have been brought originally in federal court. See Ayers v. Gen. Motors Corp., 234 F. 3d 514, 517 (11th Cir. 2000); Tapscott v. MS Dealer Serv. Corp., 77 F.3d 1353, 1356 (11th Cir. 1996). Furthermore, where a removable claim or cause of action is joined with one or more otherwise non-removable claims or causes of action, "the entire case may be removed and the district court may determine all issues therein." 28 U.S.C. § 1441(c).

6. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441.

7. This Petition for Removal is filed within thirty (30) days after the date on which the last named Defendant first received notice of the Circuit Court Action. See 28 U.S.C. §1446(b).

8. Defendants have, simultaneously with the filing of this Notice, given written notice of the filing of this Notice to Plaintiff as required by 28 U.S.C. § 1446(d).

9. A copy of this Notice has simultaneously been filed with the Clerk of the Circuit Court in and for Miami-Dade County, Florida as required by 28 U.S.C. §1446(d).

10. This Petition for Removal has been timely filed within thirty days after receipt by Defendants of the initial pleading setting forth the claim for relief upon which removal is based. See 28 U.S.C. § 1446(b).

11. Plaintiff's Complaint also alleges a claim for unpaid wages, See ¶¶ 21-25, and a count for breach of contract, See ¶¶ 26-32.. This Court may exercise supplemental jurisdiction over Plaintiff's pendent state law claims as it may arise out of the same facts and circumstances as the Plaintiff's federal claim.

**WHEREFORE,** Defendants, Florida Merchant Service, Inc. and Juan J. Romero, hereby remove this case to the United States District Court for the Southern District of Florida.

    Respectfully submitted,

    Daniel T. Feld P.A.
    Attorney for Defendants
    2847 Hollywood Blvd.
    Hollywood, Florida 33020
    Tel: (954 )361-8383
    Email: DanielFeld.Esq@gmail.com

By:__/s/ Daniel T. Feld_____
    Daniel T. Feld Esq.
    Florida Bar Number: 0037013

## **CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing Defendants' Notice of Removal of Case to Federal Court was sent via CM/ECFl to J.H. Zidell, Esq., J.H. Zidell P.A., 300 71st Street, Suite 605, Miami Beach, Florida 33141, email: Zabogado@aol.com on this 18th day of June 2020.

        Daniel T. Feld P.A.
        Attorney for Defendants
        2847 Hollywood Blvd.
        Hollywood, Florida 33020
        Tel: (954 )361-8383
        Email: DanielFeld.Esq@gmail.com

By:__/s/ Daniel T. Feld_____
    Daniel T. Feld Esq.
    Florida Bar Number: 0037013