Case 1:20-cv-22520-JB Document 1-2 Entered on FLSD Docket 06/18/2020 Page 1 of 30

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I. **CASE STYLE**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.:_____
Judge: _____

Marco Antonio Diaz
 Plaintiff
            vs.
Florida Merchant Service, Inc., Juan J Romero
Defendant

II. **AMOUNT OF CLAIM**
    Please indicate the estimated amount of the claim rounded to the nearest dollar $31,264

III. **TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical

- ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation
- ☐ County Civil
  - ☐ Small Claims up to $8,000
  - ☐ Civil
  - ☐ Replevins
  - ☐ Evictions
  - ☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

**V.**     **NUMBER OF CAUSES OF ACTION:**
     (Specify)

     <u>3</u>

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

**VII.**     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

**VIII.**     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   <u>s/ Jamie H. Zidell</u>
            Attorney or party
FL Bar No.:  <u>10121</u>
         (Bar number, if attorney)
        <u>Jamie H. Zidell</u>
        (Type or print name)
   Date:  <u>05/15/2020</u>

IN THE CIRCUIT CIVIL COURT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.:

**MARCO ANTONIO DIAZ,** and all others
similarly situated under 29 U.S.C. 216(b),

                Plaintiff,

    vs.

**FLORIDA MERCHANT SERVICE, INC.,**
and **JUAN J. ROMERO,**

             Defendants.

_____/

## **COMPLAINT UNDER 29 U.S.C. § 201- 216 OVERTIME WAGE VIOLATIONS AND UNPAID WAGES**

Plaintiff, MARCO ANTONIO DIAZ (hereinafter "Plaintiff"), on behalf of himself and all others similarly situated under 29 U.S.C. § 216(b), through undersigned counsel, files this Complaint against Defendants, FLORIDA MERCHANT SERVICE, INC., and JUAN J. ROMERO (hereinafter "Defendants"), and alleges:

### **JURISDICTION AND VENUE**

1.     This is an action arising under the Fair Labor Standards Act 29 U.S.C. §§ 201-216. This Court has jurisdiction concurrent with the Federal Courts under 29 U.S.C. § 216(B).

2.     This case involves damages in excess of $30,000.00 exclusive of attorney's fees and costs.

3.     The Plaintiff MARCO ANTONIO DIAZ was a resident of Miami-Dade County, Florida at the time the dispute arose and is *sui juris*.

4.     The Defendant FLORIDA MERCHANT SERVICE, INC. regularly transacts

business in Miami Dade County.  The Defendant Corporation was the Plaintiff's FLSA employer during Plaintiff's relevant period of employment ("the relevant time period").

5.      The Defendant JUAN J. ROMERO is an owner and/or manager of the Defendant Corporation who ran the day-to-day operations of the Corporate Defendant for the relevant time period and was responsible for paying Plaintiffs' wages for the relevant time period and controlled Plaintiffs' work and schedule and was, therefore, Plaintiffs' employer as defined by 29 U.S.C. § 203 (d).

6.      Venue is proper in this Court because the Plaintiff was a resident of Miami Dade County, Florida, at the time the dispute arose, the Defendants do business in Miami Dade County, Florida, and the events giving rise to these claims occurred within Miami Dade County, Florida.

7.      Defendant FLORIDA MERCHANT SERVICE, INC. is incorporated in the State of Florida and has its principle place of business in Miami, Miami Dade County, Florida.

8.      Plaintiff MARCO ANTONIO DIAZ worked for Defendants as a credit card machine salesman from on or about December, 1 2015 through to on or about April 15, 2020 in the state of Florida.

9.      The acts and/or omissions giving rise to this complaint arose in Broward County.

## COUNT I. FEDERAL OVERTIME WAGE VIOLATION

COMES NOW PLAINTIFF, through Counsel, and re-adopts the factual and jurisdictional statements in the paragraphs 1-9 as though fully set forth herein and further states:

10.     This action arises under the laws of the United States.

11.     This case is brought as a collective action under 29 USC § 216(b). It is believed that the Defendants have employed several other similarly situated employees like Plaintiffs who

have not been paid overtime wages for work performed in excess of 40 hours weekly from the filing of this complaint back three years.

12.     This Court has jurisdiction pursuant to 28 U.S.C. § 1331 as this case is brought pursuant to The Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (section #216 for jurisdictional placement).

13.     29 U.S.C. § 207 (a) (1) states, "Except as otherwise provided in this section, no employer shall employ any of his employees who in any workweek is engaged in commerce or in the production of goods for commerce, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, for a workweek longer than forty hours unless such employee receives compensation for his employment in excess of the hours above specified at a rate not less than one and one-half times the regular rate at which he is employed."

14.     Defendants' business activities involve those to which the Fair Labor Standards Act applies. Both the Defendants' business and the Plaintiff's work for the Defendants affected interstate commerce for the relevant time period. Plaintiff's work for the Defendants affected interstate commerce for the relevant time period because the materials and goods including, but not limited to the credit card machines, and other such imported/exported goods or materials, that Plaintiff used on a constant and/or continual basis and/or that were supplied to Plaintiff by the Defendants to use on the job moved through interstate commerce prior to and/or subsequent to Plaintiff's use of the same. The Plaintiff's work for the Defendants was actually in and/or so closely related to the movement of commerce while he worked for the Defendants that the Fair Labor Standards Act applies to Plaintiff's work for the Defendants.

15.     Additionally, Defendants regularly employed two or more employees for the relevant time period such as the other credit card machine salespersons, who handled goods or

materials that travelled through interstate commerce, or used instrumentalities of interstate commerce, thus making Defendants' business an enterprise covered under the Fair Labor Standards Act. Defendants conducted business in Florida and Georgia during the relevant time period.

16.     Upon information and belief, the Defendant Corporation's had gross sales or business done in excess of $500,000 annually for the year 2017, 2018, and 2019.

17.     Upon information and belief, the Defendant Corporation's gross sales or business done is expected to exceed $500,000 for the year 2020.

18.     Between the period of on or about December 1, 2015 through to on or about March 15, 2020, Plaintiff MARCO ANTONIO DIAZ worked 7 days a week for Defendants. During this time Plaintiff MARCO ANTONIO DIAZ worked approximately 55 hours per week for Defendants and was paid on a commission basis. When remunerating Plaintiff's weekly commissions divided into weekly hours his average rate of pay was approximately $11.36 per hour but Plaintiff was not paid the extra half time rate for each hour worked over 40 hours in a week as required by the Fair Labor Standards Act. Plaintiff MARCO ANTONIO DIAZ therefore claims the half time overtime rate required by the Fair Labor Standards Act for hours worked in excess of 40 hours per week.

19.     From on or about March 16, 2020 through to on or about April 15, 2020, Plaintiff MARCO ANTONIO DIAZ worked 7 days a week for Defendants. During this time Plaintiff worked approximately 55 hours per week for Defendants and was paid on a commission basis. When remunerating Plaintiff's weekly commissions divided into weekly hours his average rate of pay was approximately $11.36 per hour but Plaintiff was not paid the extra time and a half time rate for each hour worked over 40 hours in a week as required by the Fair Labor Standards

Act. Plaintiff MARCO ANTONIO DIAZ therefore claims the time and a half time overtime rate required by the Fair Labor Standards Act for hours worked in excess of 40 hours per week.

20.     Defendants willfully and intentionally refused to pay Plaintiff's overtime wages as required by the Fair Labor Standards Act as Defendants knew of the overtime requirements of the Fair Labor Standards Act and recklessly failed to investigate whether Defendants' payroll practices were in accordance with the Fair Labor Standards Act. Defendants remain owing Plaintiffs these wages since the commencement of Plaintiffs' employment with Defendants for the time period specified above.

**WHEREFORE**, Plaintiff requests double damages and reasonable attorney fees from Defendants pursuant to the Fair Labor Standards Act (FLSA), Fla. Const. art. X § 24, Fla. Stat. § 448.109, and any other applicable authority (statute/law, etc.), to be proven at the time of trial for all overtime wages still owing from Plaintiff's entire employment period with Defendants or as much as allowed by the Fair Labor Standards Act along with court costs, interest, and any other relief that this Court finds reasonable under the circumstances.

*The Plaintiffs request a trial by jury.*

## COUNT II. UNPAID WAGES

COMES NOW PLAINTIFF, through Counsel, and re-adopt the factual and jurisdictional statements in paragraphs 1-20 above and further states:

21.     This Court has jurisdiction for Plaintiff's unpaid wage claim as this is a claim for unpaid wages pursuant to Fla. Stat. § 448.08.

22.     Plaintiff MARCO ANTONIO DIAZ had an oral contract for employment with Defendants and Defendants verbally agreed to pay Plaintiff the rate of 50% commission on all service fees paid to the Defendant by the customers.

23.     From on or about March 16, 2020 through to on or about April 15, 2020, of

Plaintiff MARCO ANTONIO DIAZ's employment with Defendants, Plaintiff worked 7 days a week for Defendants. During this time Plaintiff worked approximately 55 hours a week for Defendants. Plaintiff made approximately $4000.00 in sale of service fees. However, Defendants have not paid Plaintiff any wages for 55 hours that Plaintiff worked for Defendants during this time which would amount to $2000.00 in owed commissions.

24.    As a direct proximate result of Defendants action, Plaintiff has suffered damages.

25.    Plaintiff therefore brings his claims pursuant to Florida Statute § 448.08 for said unpaid wages for which Plaintiff was not paid any of his wages at the verbally agreed upon rates per service fee sold for the periods above-stated.

**WHEREFORE**, the Plaintiff requests double damages and reasonable attorney fees from Defendants, jointly and severally, pursuant to Florida Statute § 448.08 as cited above, to be proven at the time of trial for all wages still owing from Plaintiff's entire employment period with Defendants or as much as allowed by Florida Statute § 448.08 along with court costs, interest, and any other relief that this Court finds reasonable under the circumstances.

*The Plaintiffs request a trial by jury.*

## COUNT III. BREACH OF CONTRACT

COME NOW PLAINTIFF, through Counsel, and re-adopt the factual and jurisdictional statements in paragraphs 1-25 above and further state:

26.    This Court has jurisdiction for Plaintiff's breach of contract claim.

27.    Plaintiff MARCO ANTONIO DIAZ had an oral contract for employment with Defendants and Defendants verbally agreed to pay Plaintiff the rate of 50% commission on all service fees paid to the Defendant by the customers.

28.     Between the period of on or about December 1, 2015 through on or about March 15, 2020, Defendants verbally agreed to pay Plaintiff the rate of 50% commission on all service fees paid to the Defendant by the customers. Plaintiff worked and was only compensated for 25% commission on all service fees paid to the Defendant by the customers.

29.     From on or about March 16, 2020 through on or about April 15, 2020, Defendants verbally agreed to pay Plaintiff the rate of 50% commission on all service fees paid to the Defendant by the customers. Plaintiff worked and was not compensated for 50% commission on all service fees paid to Defendant by the customers.

30.     Plaintiff has performed all duties under the contract, and, as such, Defendants have breached the contract.

31.     Defendants breached the contract with Plaintiff and, as a result, Plaintiff has been damaged.

32.     Defendants remain owing Plaintiffs the above-mentioned unpaid wages.

WHEREFORE, Plaintiff requests all damages as allowed by law and reasonable attorney fees from the Defendants, jointly and severally, pursuant to the breach of contract, demands judgment be entered in favor of Plaintiff against Defendants, jointly and severally, for damages along with fees, costs, interest, and any other relief that this Court finds reasonable under the circumstances. ***The Plaintiff requests a trial by jury.***

Respectfully Submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:__/s/ J.H. Zidell_____
J.H. Zidell, Esq.
Florida Bar Number: 0010121

Case 1:20-cv-22520-JB   Document 1-2   Entered on FLSD Docket 06/18/2020   Page 11 of 30

IN THE CIRCUIT CIVIL COURT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.: 2020-010472-CA-01

**MARCO ANTONIO DIAZ,** and all others
similarly situated under 29 U.S.C. 216(b),

               Plaintiff,

     vs.

**FLORIDA MERCHANT SERVICE, INC.,**
and **JUAN J. ROMERO,**

              Defendants.

_____/

**<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

       **COME(S) NOW** the undersigned counsel and notices the Court and all parties as

follows:

       The undersigned hereby appears as an additional trial counsel of record on behalf of the

Plaintiff, and requests that all documents filed or served in this case be sent to the undersigned.

       **Respectfully submitted this 18th day of May, 2020,**

               **DAVID M. NUDEL, ESQ.**
               **J.H. ZIDELL, P.A.**
               **ATTORNEY FOR PLAINTIFF**
               **300 71ST STREET, #605**
               **MIAMI BEACH, FL 33141**
               **PH: 305-865-6766**
               **FAX: 305-865-7167**
               **EMAIL: DNUDEL.JHZIDELLPA@GMAIL.COM**
               **F.B.N. 1003678**

           **BY:___/s/___David M. Nudel_____**
               **DAVID M. NUDEL, ESQ.**

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE**

**FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA U.S. MAIL ON 5/18/20**

**TO:**

**FLORIDA MERCHANT SERVICE, INC.**
**Registered Agent: JUAN J. ROMERO**
**12401 SW 134th Court, Bay 6**
**Miami, FL 33186**

**JUAN J. ROMERO**
**12401 SW 134th Court, Bay 6**
**Miami, FL 33186**

**BY:___/s/___David M. Nudel_____**
**DAVID M. NUDEL, ESQ.**

IN THE CIRCUIT CIVIL COURT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.: 2020-010472-CA-01

**MARCO ANTONIO DIAZ,** and all others
similarly situated under 29 U.S.C. 216(b),

               Plaintiff,

    vs.

**FLORIDA MERCHANT SERVICE, INC.**,
and **JUAN J. ROMERO,**

              Defendants.

_____/

**NOTICE OF APPEARANCE OF COUNSEL**

      **COME(S) NOW** the undersigned counsel and notices the Court and all parties as

follows:

      The undersigned hereby appears as an additional trial counsel of record on behalf of the

Plaintiff, and requests that all documents filed or served in this case be sent to the undersigned.

      **Respectfully submitted this 18th day of May, 2020,**

**NATALIE STAROSCHAK, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FL 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: NSTAR.ZIDELLPA@GMAIL.COM**
**F.B.N. 116745**

**BY:___/s/___Natalie Staroschak_____**
**NATALIE STAROSCHAK, ESQ.**

**1** of **2**

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE**

**FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA U.S. MAIL ON 5/18/20**

**TO:**

**FLORIDA MERCHANT SERVICE, INC.**
**Registered Agent: JUAN J. ROMERO**
**12401 SW 134th Court, Bay 6**
**Miami, FL 33186**

**JUAN J. ROMERO**
**12401 SW 134th Court, Bay 6**
**Miami, FL 33186**


**BY:___/s/___Natalie Staroschak_____**
**NATALIE STAROSCHAK, ESQ.**

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | CIVIL ACTION SUMMONS (b) | CASE NUMBER |
|---|---|---|
| ☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **CIVIL ACTION SUMMONS (b)**<br>Form for Personal Service on a Natural Person | 2020-010472-CA-01 |

| PLAINTIFF(S)<br>MARCO ANTONIO DIAZ<br>and all others similarly<br>situated under 29 U.S.C<br>§ 216(b) | VS. DEFENDANT(S)<br><br>FLORIDA MERCHANT SERVICE, INC., and<br>JUAN J. ROMERO | CLOCK IN |
|---|---|---|

**THE STATE OF FLORIDA:**TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s): JUAN J. ROMERO | Address: 12401 SW 134th COURT, BAY 6<br>Miami FL 33186 |
|---|---|

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

### MIAMI-DADE COUNTY COURT LOCATIONS

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICE** |

| Plaintiff/Plaintiff Attorney<br>Jamie H. Zidell, Esq.<br>Florida Bar No. 0010121 | Address: 300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| | | DATE ON: |
| **CLERK OF COURTS<br>HARVEY RUVIN** | DEPUTY CLERK | |

### AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

☑ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.

☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☑ CIVIL<br>☐ DISTRITO<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO<br>2020-010472-CA-01 |
|---|---|---|
| DEMANDANTE(S)<br>MARCO ANTONIO DIAZ<br>and all others similarly situated<br>under 29 U.S.C § 216(b) | VS.   DEMANDADO(S)<br><br>FLORIDA MERCHANT SERVICE, INC., and<br>JUAN J. ROMERO | HORA |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s):   JUAN J. ROMERO | A Demandado(s):   12401 SW 134th COURT, BAY 6<br>Miami FL 33186 |
|---|---|

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICIO** |

| Demandante o Abogado del Demandante:<br>Jamie H. Zidell, Esq.<br>Número del Colegio de Abogados:<br>0010121 | Dirección:   300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **HARVEY RUVIN**<br>**Secretario del Tribunal del Condado** | | **FECHA** |
| | COMO SECRETARIO ADJUNTO | |

### LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda.   Por favor póngase  en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial  ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org  o Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☑ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.

☐ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON<br>☑ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | CONVOCARION D' ACTION CIVILE<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CASO<br><br>2020-010472-CA-01 |
|---|---|---|
| PLAINTE (S)<br>MARCO ANTONIO DIAZ and<br>all others similarly situated<br>under 29 U.S.C § 216(b) | VS.   CONTRE ACCUSE(S)<br><br>FLORIDA MERCHANT SERVICE, INC., and<br>JUAN J. ROMERO | HEURE IN |

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S):<br>JUAN J. ROMERO | A (AUX) ACCUSE(S):<br>12401 SW 134th COURT, BAY 6<br>Miami FL 33186 |
|---|---|

### IMPORTANT

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choissisez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"**

#### ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **UN SERVICE** |

| Plainte/Avocat du Plainte<br><br>Jamie H. Zidell, Esq.<br><br>Numero de barreau de la Floride:<br>0010121 | Adresse :<br><br>300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **HARVEY RUVIN**<br>**Greffier de Tribunal**<br><br>COMME GREFFIER ADJOINT | | DATE: |

### ACT DE 1990 POUR AMERICAINS HANDICAPES
### AVIS DE l' ADA

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Alican Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

| ☑ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA | | |
|---|---|---|
| ☐ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA | | |

| DIVIZYON<br>☑ SIVIL<br>☐ DISTRI<br>☐ LÒT | **KONVOKASYON POU KA SIVIL**<br>**(b) DELIVRE PERSONELMAN BAY YON MOUN** | **NIMEWO KA**<br>2020-010472-CA-01 |
|---|---|---|
| **PLENTIE (S)**<br>MARCO ANTONIO DIAZ<br>and all others similarly<br>situated under 29 U.S.C<br>**§ 216(b)** | **VS.** **KONT AKIZE(S)**<br>FLORIDA MERCHANT SERVICE, INC., and<br>JUAN J. ROMERO | **LE** |

**ETA FLORIDA:** Pou Chak nan eta a yo odone ou pou bay akize a (yo), non I ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE: JUAN J. ROMERO | ADRES:: 12401 SW 134th COURT, BAY 6<br>Miami FL 33186 |
|---|---|

**ENPOTAN**

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ekri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ekri,fo ou mete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ekri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-e et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."**

ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |

| Plainte/Avocat du Plainte<br>Jamie H. Zidell, Esq.<br>Numero de barreau de la Floride:<br>0010121 | Nimewo manm avoka a.<br>Address: 300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **HARVEY RUVIN**<br>**Sekrete Jeneral Tribinal La** | SEKRETE | DATE: |

**LWA 1990 POU AMERIKEN KI ENFIM**
**ANONS POU AMERIKEN KI ENFIM**
**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Aliean Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."**

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION ☑ CIVIL ☐ DISTRICTS ☐ OTHER | SUMMONS 20 DAY CORPORATE SERVICE (a) GENERAL FORMS | CASE NUMBER 2020-010472-CA-01 |
|---|---|---|

| PLAINTIFF(S) MARCO ANTONIO DIAZ and all others similarly situated under 29 U.S.C § 216(b) | VS. DEFENDANT(S) FLORIDA MERCHANT SERVICE, INC., and JUAN J. ROMERO | SERVICE |
|---|---|---|

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on defendant(s): _____ FLORIDA MERCHANT SERVICE, INC.
Registered Agent: JUAN J ROMERO
12401 SW 134th COURT, BAY 6
Miami FL 33186

_____

_____

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: J.H. ZIDELL, P.A. _____

whose address is: _____ 300 71st Street, Suite 605
Miami Beach FL 33141

_____

_____

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days.**" after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| HARVEY RUVIN CLERK of COURTS | | DATE |
|---|---|---|
| | DEPUTY CLERK | |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

Filing # 107610618 E-Filed 05/18/2020 12:54:46 PM

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **CIVIL ACTION SUMMONS (b)**<br>Form for Personal Service on a Natural Person | 2020-010472-CA-01 |

| PLAINTIFF(S)<br>MARCO ANTONIO DIAZ<br>and all others similarly<br>situated under 29 U.S.C<br>§ 216(b) | VS.   DEFENDANT(S)<br><br>FLORIDA MERCHANT SERVICE, INC., and<br>JUAN J. ROMERO | CLOCK IN |
|---|---|---|

**THE STATE OF FLORIDA:**TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s):   JUAN J. ROMERO | Address: 12401 SW 134th COURT, BAY 6<br>Miami FL 33186 |
|---|---|

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

#### MIAMI-DADE COUNTY COURT LOCATIONS

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICE** |

| Plaintiff/Plaintiff Attorney<br>Jamie H. Zidell, Esq.<br>Florida Bar No. 0010121 | Address:   300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **CLERK OF COURTS**<br>**HARVEY RUVIN** | *Beatriz* [seal: CIRCUIT AND COUNTY COURTS · CLERK · IN GOD WE TRUST · MIAMI-DADE COUNTY, FLORIDA] 09877<br>DEPUTY CLERK | **DATE ON:**<br><br>5/26/2020 |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

☒ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.
☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☒ CIVIL<br>☐ DISTRITO<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO<br><br>2020-010472-CA-01 |
|---|---|---|
| DEMANDANTE(S)<br>MARCO ANTONIO DIAZ<br>and all others similarly situated<br>under 29 U.S.C § 216(b) | VS.  DEMANDADO(S)<br><br>FLORIDA MERCHANT SERVICE, INC., and<br>JUAN J. ROMERO | HORA |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s): JUAN J. ROMERO | A Demandado(s): 12401 SW 134th COURT, BAY 6<br>Miami FL 33186 |
|---|---|

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o prívado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia.

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE

| ☒ Dade County Courthouse (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ Joseph Caleb Center Court (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ Hialeah District Court (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ North Dade Justice Center (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ Miami Beach District Court (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ Coral Gables District Court (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ South Dade Justice Center (26)<br>Room 100<br>10710 SW 211 Street<br>Miami, FL 33189 | SERVICIO |

| Demandante o Abogado del Demandante:<br>Jamie H. Zidell, Esq.<br>Número del Colegio de Abogados:<br>0010121 | Dirección: 300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **HARVEY RUVIN**<br>**Secretario del Tribunal del Condado** | COMO SECRETTARIO ADJUNTO | FECHA |

## LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda.  Por favor póngase  en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial  ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org  or Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☑ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.

☐ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON<br>☑ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | CONVOCARION D' ACTION CIVILE<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CASO<br><br>2020-010472-CA-01 |
|---|---|---|
| **PLAINTE (S)**<br>MARCO ANTONIO DIAZ and<br>all others similarly situated<br>under 29 U.S.C § 216(b) | **VS.**   **CONTRE ACCUSE(S)**<br><br>FLORIDA MERCHANT SERVICE, INC., and<br>JUAN J. ROMERO | **HEURE IN** |

**L'TAT DE LA FLORIDE:** A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S):<br>JUAN J. ROMERO | A (AUX) ACCUSE(S):<br>12401 SW 134th COURT, BAY 6<br>Miami FL 33186 |
|---|---|

### IMPORTANT

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"**

### ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **UN SERVICE** |

| Plainte/Avocat du Plainte<br><br>Jamie H. Zidell, Esq. | Adresse :<br><br>300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| Numero de barreau de la Floride:<br>0010121<br><br><br>**HARVEY RUVIN**<br>**Greffier de Tribunal** | | DATE: |
| | COMME GREFFIER ADJOINT | |

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE l' ADA

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Alican Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

☑ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA

☐ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA

| DIVIZYON<br>☑ SIVIL<br>☐ DISTRI<br>☐ LÒT | **KONVOKASYON POU KA SIVIL**<br>(b) DELIVRE PERSONELMAN BAY YON MOUN | **NIMEWO KA**<br>2020-010472-CA-01 |
|---|---|---|
| PLENTIF (S)<br>MARCO ANTONIO DIAZ<br>and all others similarly<br>situated under 29 U.S.C<br>§ 216(b). | VS.   KONT AKIZE(S)<br>FLORIDA MERCHANT SERVICE, INC., and<br>JUAN J. ROMERO | LE |

ETA FLORIDA: Pou Chak nan eta a yo odone ou pou bay akize a (yo), non I ekri anwo a, manda sa a ak yon kopi pote nan pwose sa a.:

| AKIZE:   JUAN J. ROMERO | ADRES::   12401 SW 134th COURT, BAY 6<br>Miami FL 33186 |
|---|---|

**ENPOTAN**

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres  ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou mete numero ka-a ki sou tet pagela avec nom moune-yo ki sou pagie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-e et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfômasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."**

ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |

| Plaine/Avocat du Plainte<br>Jamie H. Zidell, Esq.<br>Numero de barreau de la Floride: | Nimewo manm avoka a.<br>Address:   300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| 0010121<br><br>**HARVEY RUVIN**<br>**Sekrete Jeneral Tribinal La** | SEKRETE | DATE: |

## LWA 1990 POU AMERIKEN KI ENFIM
## ANONS POU AMERIKEN KI ENFIM

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Aliean Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman  lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou  pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."**

Clerk's web address: www.miami-dadeclerk.com

## VERIFIED RETURN OF SERVICE, SUMMONS

**MARCO ANTONIO DIAZ**

CASE NO: 2020-010472-CA-01
VS.                          TYPE OF WRIT: 20 DAY SUMMONS

**FLORIDA MERCAHNT SERVICE, INC. & JUAN J. ROMERO**

Pursuant to the request of J.H. ZIDELL, ESQ., whose office is located at 300 71ST ST. STE. 605, MIAMI BEACH, FL. 33141, and pursuant to the Chief Judge's Administrative Order No. 94-12, dated Aug. 15, 1994, I, FRANK AYLLON, # 747, received this document on 5/27/20 at 9:00 AM, and served the same FLORIDA MERCHANT SERVICE, INC. on 5/29/20 at 1:28 PM at 12401 S.W. 134TH CRT. BAY 6, MIAMI, FL. 33186.

[]            **INDIVIDUAL**: By serving the within named person a copy of the writ, a copy of the complaint, petition or initial pleading.

[]            **SUBSTITUTE**: By serving a copy of this writ, and a copy of the complaint, petition or initial pleading at the defendants usual place of abode on a person permanently residing therein, to wit,
, who is 15 years or older, and informing the person of the contents.

[X]       **CORPORATE/GOVERNMENTAL**: By serving JENNY ESTAPINLLA as, SECRETARY, pursuant to Florida Statutes SS48.091.

[]            **POSTED RESIDENTUAL/COMMERCIAL**:  By making two unsuccessful attempts to serve this defendant, six hours apart to wit:
(1) , (2)
on both attempts, no one was at the address contained therein.

[   ]      **PARTNERSHIP SERVICE**: By serving , who is one of the partners.

[]   ·  **OTHER**

[]            **NO SERVICE**: For the reason that diligent search and inquiry failed to find said defendant, ,

I ACKNOWLEDGE that I am Certified Process Server in the Circuit in good standing (or authorized to serve process in the Circuit), in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

_____
**FRANK AYLLON, # 747**
Court Certified Process Server

Filing # 107610618 E-Filed 05/18/2020 12:54:46 PM

| ☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |
| ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |

| DIVISION<br>☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br>2020-010472-CA-01 |
|---|---|---|
| **PLAINTIFF(S)**<br>MARCO ANTONIO DIAZ and all others similarly situated under 29 U.S.C § 216(b) | **VS. DEFENDANT(S)**<br>FLORIDA MERCHANT SERVICE, INC., and JUAN J. ROMERO | **SERVICE** |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on defendant(s): _____

FLORIDA MERCHANT SERVICE, INC.
Registered Agent: JUAN J ROMERO
12401 SW 134th COURT, BAY 6
Miami FL 33186

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney: J.H. ZIDELL, P.A.

whose address is: 300 71st Street, Suite 605
Miami Beach FL 33141

within 20 days " <u>**Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days.**</u>" after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br>**CLERK of COURTS** | DEPUTY CLERK | DATE<br>5/26/2020 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

## VERIFIED RETURN OF SERVICE, SUMMONS

### MARCO ANTONIO DIAZ

VS.

CASE NO: 2020-010472-CA-01
TYPE OF WRIT: 20 DAY SUMMONS

### FLORIDA MERCHANT SERVICE, INC., & JUAN J. ROMERO

Pursuant to the request of JAMIE H. ZIDELL, ESQ., whose office is located at 300 71ST ST.  STE. 605, MIAMI BEACH, FL. 33141, and pursuant to the Chief Judge's Administrative Order No. 94-12, dated Aug. 15, 1994, I, FRANK AYLLON, # 747, received this document on 5/27/20 at 9:00 AM, and served the same JUAN J.  ROMERO on 5/29/20 at 1:28 PM at 12401 S.W. 134TH CRT. BAY 6, MIAMI, FL. 33186.

[]      **INDIVIDUAL**: By serving the within named person a copy of the writ, a copy of the complaint, petition or initial pleading.

[X]      **SUBSTITUTE**: By serving a copy of this writ, and a copy of the complaint, petition or initial pleading at the defendants usual place of abode on a person permanently residing therein, to wit, JENNY ESTAPINLLA, SECRETARY, who is 15 years or older, and informing the person of the contents.

[]      **CORPORATE/GOVERNMENTAL**: By serving as, , pursuant to Florida Statutes SS48.091.

[]      **POSTED RESIDENTUAL/COMMERCIAL**:  By making two unsuccessful attempts to serve this defendant, six hours apart to wit: (1) , (2) on both attempts, no one was at the address contained therein.

[  ]      **PARTNERSHIP SERVICE**: By serving , who is one of the partners.

[]      **OTHER**

[]      **NO SERVICE**: For the reason that diligent search and inquiry failed to find said defendant, ,

I ACKNOWLEDGE that I am Certified Process Server in the Circuit in good standing (or authorized to serve process in the Circuit), in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

_____
**FRANK AYLLON**, # 747
Court Certified Process Server

Filing # 107610618 E-Filed 05/18/2020 12:54:46 PM

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | CIVIL ACTION SUMMONS (b)<br>Form for Personal Service on a Natural Person | CASE NUMBER<br>2020-010472-CA-01 |
|---|---|---|
| PLAINTIFF(S)<br>MARCO ANTONIO DIAZ<br>and all others similarly<br>situated under 29 U.S.C<br>§ 216(b) | VS. DEFENDANT(S)<br>FLORIDA MERCHANT SERVICE, INC., and<br>JUAN J. ROMERO | CLOCK IN |

THE STATE OF FLORIDA:TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s): JUAN J. ROMERO | Address: 12401 SW 134th COURT, BAY 6<br>Miami FL 33186 |
|---|---|

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

### MIAMI-DADE COUNTY COURT LOCATIONS

| ☑ Dade County Courthouse (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ Joseph Caleb Center Court (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ Hialeah District Court (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ North Dade Justice Center (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ Miami Beach District Court (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ Coral Gables District Court (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ South Dade Justice Center (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | SERVICE<br>5/29/20<br>#1.2PM<br>Jenny Estupiñla<br>Secretary |

| Plaintiff/Plaintiff's Attorney<br>Jamie H. Zidell, Esq.<br>Florida Bar No. 0010121 | Address: 300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| CLERK OF COURTS<br>HARVEY RUVIN | Bertha<br>009877<br>DEPUTY CLERK | DATE ON:<br>5/26/2020 |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

306

☑ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.

☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☑ CIVIL<br>☐ DISTRITO<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO<br>2020-010472-CA-01 |
|---|---|---|
| DEMANDANTE(S)<br>MARCO ANTONIO DIAZ<br>and all others similarly situated<br>under 29 U.S.C § 216(b) | VS.   DEMANDADO(S)<br><br>FLORIDA MERCHANT SERVICE, INC., and<br>JUAN J. ROMERO | HORA |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s):   JUAN J. ROMERO | A Demandado(s):   12401 SW 134th COURT, BAY 6<br>Miami FL 33186 |
|---|---|

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

## LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE

| ☑ Dade County Courthouse (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ Joseph Caleb Center Court (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ Hialeah District Court (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ North Dade Justice Center (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ Miami Beach District Court (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ Coral Gables District Court (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ South Dade Justice Center (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | SERVICIO |

| Demandante o Abogado del Demandante:<br>Jamie H. Zidell, Esq.<br>Número del Colegio de Abogados:<br>0010121 | Dirección:   300 71st Street, Suite 605<br>Miami Beach FL 33141 | . |
|---|---|---|
| HARVEY RUVIN<br>Secretario del Tribunal del Condado | | FECHA |
| | COMO SECRETARIO ADJUNTO | |

## LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda.   Por favor póngase  en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial  ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305) 349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org  o Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

CLK/CT. 070 Rev. 03/19

☑ AU TRIBUNAL DU ONZIÈME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.

☐ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTEMENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON<br>☑ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | CONVOCARION D' ACTION CIVILE<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CASO<br><br>2020-010472-CA-01 |
|---|---|---|
| PLAINTE (S)<br>MARCO ANTONIO DIAZ and all others similarly situated under 29 U.S.C § 216(b) | VS.   CONTRE ACCUSE(S)<br><br>FLORIDA MERCHANT SERVICE, INC., and JUAN J. ROMERO | HEURE IN |

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S):<br>JUAN J. ROMERO | A (AUX) ACCUSE(S):<br>12401 SW 134th COURT, BAY 6<br>Miami FL 33186 |
|---|---|

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"**

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **UN SERVICE** |

| Plainte/Avocat du Plainte<br>Jamie H. Zidell, Esq.<br><br>Numero de barreau de la Floride: | Adresse :<br>300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| 0010121<br><br>**HARVEY RUVIN**<br>**Greffier de Tribunal** | | DATE: |
| | COMME GREFFIER ADJOINT | |

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE L' ADA

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

| ☑ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA | | |
|---|---|---|
| ☐ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA | | |

| DIVIZYON<br>☑ SIVIL<br>☐ DISTRI<br>☐ LÒT | KONVOKASYON POU KA SIVIL<br>(b) DELIVRE PERSONELMAN BAY YON MOUN | NIMEWO KA<br>2020-010472-CA-01 |
|---|---|---|
| PLENTIF (S)<br>MARCO ANTONIO DIAZ and all others similarly situated under 29 U.S.C § 216(b) | VS.   KONT AKIZE(S)<br>FLORIDA MERCHANT SERVICE, INC., and JUAN J. ROMERO | LE |

ETA FLORIDA: Pou Chak nan eta a yo odone ou pou bay akize a (yo), non I ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE:   JUAN J. ROMERO | ADRES::   12401 SW 134th COURT, BAY 6<br>Miami FL 33186 |
|---|---|

### ENPOTAN

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ekri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ekri,fo ou m ete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ekri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."**

### ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |

| Plainte/Avocat du Plainte<br>Jamie H. Zidell, Esq.<br>Numero de barreau de la Floride:<br>0010121<br><br>**HARVEY RUVIN**<br>**Sekrete Jeneral Tribinal La** | Nimewo manm avoka a.<br>Address:   300 71st Street, Suite 605<br>Miami Beach FL 33141<br><br><br>SEKRETE | DATE: |
|---|---|---|

## LWA 1990 POU AMERIKEN KI ENFIM
## ANONS POU AMERIKEN KI ENFIM

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Alean Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."**